# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAREEM BROWN, | CASE NO. 1:08-cv-01764-OWW-SMS PC |
| Plaintiff, | ORDER DENYING MOTION AS MOOT |
| v. | (Doc. 7) |
| LT. J. CAVAVNAUGH, et al., | |
| Defendants. | |

Plaintiff Kareem Brown ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff filed this action on November 18, 2008, and on November 20, 2008, Plaintiff filed a motion seeking a temporary restraining order. On December 22, 2008, Plaintiff filed a motion seeking a ruling on his motion for a temporary restraining order and on the cognizability of the claims in his complaint.

In two separate recommendations issued concurrently with this order, the Court screened Plaintiff's complaint and recommended denial of his motion for a temporary restraining order. Accordingly, Plaintiff's motion for a ruling is moot and is DENIED on that ground.

IT IS SO ORDERED.

**Dated:**   February 13, 2009           /s/ Sandra M. Snyder
                                          UNITED STATES MAGISTRATE JUDGE

1