IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAREEM BROWN, | 1:08-cv-01764-OWW-SMS (PC) |
| Plaintiff, | ORDER GRANTING PLAINTIFF'S FIRST MOTION TO EXTEND TIME TO FILE OBJECTIONS TO MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATIONS |
| vs. | |
| LT. J. KAVAVNAUGH, et al., | |
| Defendants. | (Doc. 11) |
| _____/ | THIRTY-DAY DEADLINE |

On March 10, 2009, plaintiff filed a motion to extend time to file objections to the Magistrate Judge's Findings and Recommendations. Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

Plaintiff is granted **thirty (30) days** from the date of service of this order in which to file any objections to the Findings and Recommendations.

IT IS SO ORDERED.

**Dated:   March 17, 2009**          /s/ Sandra M. Snyder
                                    UNITED STATES MAGISTRATE JUDGE