# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAREEM BROWN,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>LT. J. CAVAVNAUGH, et al.,<br><br>　　　　　Defendants.<br>_____/ | CASE NO. 1:08-cv-01764-OWW-SMS PC<br><br>ORDER AUTHORIZING SERVICE OF COMPLAINT ON RETALIATION CLAIM, AND  FORWARDING SERVICE DOCUMENTS TO PLAINTIFF FOR COMPLETION AND RETURN WITHIN THIRTY DAYS<br><br>(Docs. 1 and 20)<br><br>ORDER GRANTING MOTION<br><br>(Doc. 22) |

Plaintiff Kareem Brown, a state prisoner proceeding pro se and in forma pauperis, filed this civil rights action pursuant to 42 U.S.C. § 1983 on November 18, 2008.  Pursuant to the order issued by the United States Court of Appeals for the Ninth Circuit on August 26, 2010, it is HEREBY ORDERED that:

1.　　Service of the complaint shall be initiated on the following defendants, limited to Plaintiff's First Amendment retaliation claim:

　　　　**Lieutenant J. Cavanaugh**

　　　　**Correctional Officer M. Garcia**

2.　　The Clerk of the Court shall send Plaintiff two (2) USM-285 forms, two (2) summonses, a Notice of Submission of Documents form, an instruction sheet and a copy of the complaint filed on November 18, 2008.

3. Within **thirty (30) days** from the date of this order, Plaintiff shall complete the attached Notice of Submission of Documents and submit the completed Notice to the Court with the following documents:

   a. One completed summons for each defendant listed above;

   b. One completed USM-285 form for each defendant listed above; and

   c. Three (3) copies of the endorsed complaint filed November 18, 2008.

4. Plaintiff need not attempt service on the defendants and need not request waiver of service. Upon receipt of the above-described documents, the Court will direct the United States Marshal to serve the above-named defendants pursuant to Federal Rule of Civil Procedure 4 without payment of costs.

5. <u>The failure to comply with this order will result in dismissal of this action.</u>

6. In light of this order, Plaintiff's motion seeking to proceed in accordance with the appellate court's order, filed December 20, 2010, is granted.

IT IS SO ORDERED.

Dated:   **January 20, 2011**                     /s/ Sandra M. Snyder
                                                                 UNITED STATES MAGISTRATE JUDGE