1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

9   KAREEM BROWN,                                CASE NO. 1:08-cv-01764-LJO-BAM PC

10              Plaintiff,                        ORDER CONTINUING TELEPHONIC TRIAL
                                                 CONFIRMATION HEARING
11       v.                                      (ECF No. 53)

12  J. KAVANAUGH, et al.,                        Telephonic Trial Confirmation
                                                 Hearing:        March 15, 2013, at 8:30 a.m. in
13              Defendants.                                       Courtroom 4 (LJO)
    _____/
14

15          Due to the availability of the Court, the Telephonic Trial Confirmation Hearing set for March

16  14, 2013, is CONTINUED to Friday, March 15, 2013, at 8:30 a.m. in Courtroom 4 (LJO) before the

17  undersigned.  Counsel for defendants is required to arrange for the participation of Plaintiff in the

18  telephonic trial confirmation hearing and to initiate the telephonic hearing at **(559) 499-5680**.

19  IT IS SO ORDERED.

20  **Dated:**   **March 11, 2013**          _____/s/  **Lawrence J. O'Neill**_____
                                              UNITED STATES DISTRICT JUDGE
21

22

23

24

25

26

27

28