# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAREEM BROWN,<br><br>    Plaintiff,<br><br>    v.<br><br>J. KAVANAUGH, et al.,<br><br>    Defendants.<br>_____/ | CASE NO. 1:08-cv-01764-LJO-BAM PC<br><br>ORDER CONTINUING TELEPHONIC TRIAL CONFIRMATION HEARING<br>(ECF No. 53)<br><br>Telephonic Trial Confirmation<br>Hearing:    March 15, 2013, at 8:30 a.m. in<br>            Courtroom 4 (LJO) |

Due to the availability of the Court, the Telephonic Trial Confirmation Hearing set for March 14, 2013, is CONTINUED to Friday, March 15, 2013, at 8:30 a.m. in Courtroom 4 (LJO) before the undersigned. Counsel for defendants is required to arrange for the participation of Plaintiff in the telephonic trial confirmation hearing and to initiate the telephonic hearing at **(559) 499-5680**.

IT IS SO ORDERED.

Dated:   **March 11, 2013**            /s/  Lawrence J. O'Neill
                                        UNITED STATES DISTRICT JUDGE

1