UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAREEM BROWN,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>J. KAVANAUGH and M. GARCIA,<br><br>　　　　Defendants. | Case No.: 1:08-cv-01764-LJO-BAM PC<br><br>NOTICE AND ORDER THAT PLAINTIFF **KAREEM BROWN**, **CDCR K-40403**, IS NO LONGER NEEDED AS WITNESS IN THESE PROCEEDINGS, AND THE WRIT OF HABEAS CORPUS AD TESTIFICANDUM IS DISCHARGED |

The jury trial in this matter commenced on May 2, 2013. **Plaintiff Kareem Brown, CDCR #K-40403**, has testified and is no longer needed by the Court as a witness in these proceedings. Accordingly, the writ of habeas corpus ad testificandum as to this inmate is HEREBY DISCHARGED.

IT IS SO ORDERED.

　　Dated:　**May 3, 2013**　　　　　　　　　　/s/ Lawrence J. O'Neill
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

1