FILED

MAY 02 2013

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAREEM BROWN,<br><br>    Plaintiff,<br><br>v.<br><br>J. KAVANAUGH and M. GARCIA,<br><br>    Defendants. | Case No.: 1:08-cv-01764-LJO-BAM PC<br><br>ORDER REQUIRING PRODUCTION OF PLAINTIFF FOR TRIAL ON MAY 3, 2013, AT 8:00 A.M. |

**Plaintiff Kareem Brown**, CDCR #K-40403, shall be produced to testify before the United States District Court, at 2500 Tulare Street in Fresno, California at 8:00 a.m. on Friday, May 3, 2013, and from day to day until completion of the proceedings or as ordered by the Court.

It is so ORDERED.

DATED: May 2, 2013

LAWRENCE J. O'NEILL
UNITED STATES DISTRICT JUDGE

1